VAN–124 Order Continuing Hearing – Rev. 01/06/2016

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Greenville Division

IN RE:
Michael L. Johnson
 ( debtor has no known aliases )
705 E. Holly Street
Rocky Mount, NC 27801

CASE NO.: 17–00218–5–JNC

DATE FILED: January 16, 2017

CHAPTER: 13

## ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on the matter referenced below will be held as follows:

DATE:     Wednesday, October 4, 2017
TIME:     10:30 AM
PLACE:    2nd Floor Courtroom, 150 Reade Circle, Greenville, NC 27858

Motion for Relief from Stay, Or In The Alternative Motion for Adequate Protection filed by Cedric R. Perry on behalf of Leon & Adrianne Spruill

Objection to Claim Number 4 of Adrianne Spruill & Leon Spruill filed by William H. Kroll on behalf of Michael L. Johnson

and to transact all other business as may properly come before the court.

The automatic stay shall remain in effect until the date of the hearing.

DATED: August 11, 2017

Joseph N. Callaway
United States Bankruptcy Judge